In the Matter of the Application of DANIEL WOLFF, Respondent, for a Peremptory Writ of Mandamus against JAMES J. FLEMING, as Commissioner of Public Safety of the City Yonkers, Appellant.

*Matter of Wolff* v. *Fleming,* 137 App. Div. 901, affirmed.
(Argued May 5, 1910; decided May 20, 1910.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered March 31, 1910, which affirmed an order of Special Term granting a motion for a peremptory writ of mandamus to compel the defendant to reinstate the relator in the office of chief of police of the city of Yonkers.

*Thomas F. Curran, Corporation Counsel (Max Cohen* of counsel), for appellant.

*James M. Hunt* for respondent.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, WILLARD BART-LETT, HISCOCK and CHASE, JJ.